Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Attorneys for Specially-Appearing Defendant OLD REPUBLIC TITLE INSURANCE GROUP, INC. and Defendants OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY and OLD REPUBLIC TITLE COMPANY OF NEVADA

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-FM2, ASSET BACKED PASS-THROUGH CERTIFICATES,<br><br>    Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC TITLE INSURANCE GROUP, INC., OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY; OLD REPUBLIC TITLE COMPANY OF NEVADA; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>    Defendants. | Case No.: 2:20-cv-01975-RFB-DJA<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY'S AND OLD REPUBLIC TITLE INSURANCE GROUP, INC.'S TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |



**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**
586517.1

Defendants Old Republic National Title Insurance Company ("Old Republic") and Old Republic Title Company of Nevada ("Old Republic Agency") and Specially-Appearing Defendant Old Republic Title Insurance Group, Inc. ("ORTIG") and plaintiff HSBC Bank USA, National Association, as Trustee, in Trust for the Registered Holders of ACE Securities Corp., Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates ("HSBC") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate as follows:

**WHEREAS**, HSBC commenced the action by filing a Complaint on October 23, 2020, in the Eighth Judicial District Court for the State of Nevada, Clark County (Case No. A-20-823631-C);

**WHEREAS**, on October 25, 2020, Old Republic filed a Petition of Removal with this Court, based upon diversity jurisdiction (ECF No. 1);

**WHEREAS**, on November 3, 2020, HSBC served Old Republic and ORTIG with the complaint pursuant to the executed summons filed on November 6, 2020 (ECF Nos. 6-7);

**WHEREAS**, HSBC has not yet served the summons and complaint on Old Republic Agency;

**WHEREAS**, Old Republic's and ORTIG's responses to the Complaint are due on November 24, 2020;

**WHEREAS**, Old Republic and ORTIG are requesting an extension of time to respond to the Complaint to afford their counsel additional time to review, analyze and respond to HSBC's Complaint;

**WHEREAS,** HSBC has agreed to extend Old Republic's and ORTIG's time to respond to the Complaint by thirty (30) days to December 24, 2020; and

**WHEREAS**, this is the first stipulation for an extension of Old Republic's and ORTIG's time to respond to the complaint.

/ / /

/ / /

/ / /



1      Now, therefore, the Parties hereto, by and through their counsel of record, hereby stipulate and agree as follows:

   1. Old Republic and ORTIG shall respond to the complaint on or before December 24, 2020.

   2. Old Republic and ORTIG intend to preserve their rights and do not expressly waive any and all defenses listed in Fed. R. Civ. P. 12(b).

DATED this 19th day of November, 2020

WRIGHT FINLAY & ZAK, LLP

  */s/-Lindsay D. Robbins*
By: _____
   Darren T. Brenner
   Nevada State Bar No. 8386
   Lindsay D. Robbins
   Nevada State Bar No. 13474
   7785 W. Sahara Ave, Suite 200
   Las Vegas, NV 89117

   Attorneys for Plaintiff
   HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-FM2, ASSET BACKED PASS-THROUGH CERTIFICATES

DATED this 19th day of November, 2020

EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP

  */s/-Sophia S. Lau*
By: _____
   Scott E. Gizer
   Nevada State Bar No. 12216
   Sophia S. Lau
   Nevada State Bar No. 13365
   8716 Spanish Ridge Ave., Ste. 105
   Las Vegas, NV 89148

   Attorneys for Specially-Appearing Defendant OLD REPUBLIC TITLE INSURANCE GROUP, INC. and Defendants OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY and OLD REPUBLIC TITLE COMPANY OF NEVADA

**ORDER**

**IT IS SO ORDERED:**

Dated: November 20, 2020            By: _____
                                       UNITED STATES MAGISTRATE JUDGE



2
STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT
586517.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

/s/ D'Metria Bolden
D'METRIA BOLDEN
An Employee of EARLY SULLIVAN
WRIGHT GIZER & McRAE LLP



3
**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**
586517.1